IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NICHOLAS BURKE : CIVIL ACTION
:
v. :
:
ANDREW SAUL, Commissioner of :
Social Security : NO. 19-3206

## **O R D E R**

AND NOW, this 4th day of March, 2020, upon consideration of Plaintiff's brief (Doc. 16), Defendant's uncontested motion to remand (Doc. 19), the administrative record (Doc. 12), and the Third Circuit's decision in Cirko v. Commissioner of Social Security, 948 F.3d 148 (3d Cir. 2020), IT IS HEREBY ORDERED that:

1. Defendant's Uncontested Motion to Remand is GRANTED.

2. Judgment is entered REVERSING the decision of the Commissioner of Social Security for the purposes of this remand only and the relief sought by Plaintiff is GRANTED to the extent that the matter is REMANDED for further proceedings consistent with this adjudication.

3. On remand, the case will be considered by a constitutionally appointed ALJ other than the one who previously adjudicated Plaintiff's claim.

4. The clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.